**Larry CRAIGMYLE, Appellant,**

v.

**U.S. GOVERNMENT, Appellee.**

No. 05–2150.

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2006.

Decided: July 12, 2006.

---

Larry Craigmyle, pro se.

Dan Stripling, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before COLLOTON, BEAM, and HANSEN, Circuit Judges.

PER CURIAM.

Larry Craigmyle appeals the district court's[1] adverse grant of summary judgment to the United States in this medical malpractice action brought under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–80. Following our careful review, we affirm because Craigmyle's complaint allegations demonstrate that he knew, or in the exercise of reasonable diligence should have known, the cause and existence of his injury more than two years before he filed his administrative claim. *See T.L. ex rel. Ingram v. United States*, 443 F.3d 956, 961–62 (8th Cir.2006) (medical malpractice claim against United States is jurisdictionally barred unless administrative claim was filed with appropriate agency within two years after plaintiff actually knew, or in exercise of reasonable diligence should have known, cause and existence of his injury); *Osborn v. United States*, 918 F.2d 724, 729–730 (8th Cir.1990) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.